### 13227.    FARMERS BANK OF VIDETTE *v.* ROBERSON.

LUKE, J. . 1. The alleged newly discovered evidence is merely cumulative and is not of such character as would probably cause a different verdict upon another trial.

2. Under all the facts of the case, the verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

　　　*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
　　　　　　　　　DECIDED MAY 10, 1922.

Complaint; from city court of Waynesboro — Judge W. H. Davis. December 14, 1921.

*E. V. Heath,* for plaintiff in error.

*H. C. Hatcher,* contra.